684

(128 So. 926)

## Arthur VASS v. STATE.
### 8 Div. 95.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

(124 So. 92.,

## Donald VEASY v. STATE. (4 Div. 599.)

Court of Appeals of Alabama. Nov. 12, 1929.

SAMFORD, J. Affirmed.

(127 So. 927)

## Logan VEASY v. CITY OF PHENIX CITY.
### 4 Div. 629.

Court of Appeals of Alabama.
March 27, 1930.

. PER CURIAM.

Appeal dismissed for want of prosecution.

(125 So. 927)

## William M. VICK v. STATE. (6 Div. 706.)

Court of Appeals of Alabama. Dec. 10, 1929.

RICE, J. Affirmed.

(120 So. 927)

## Herbert WADE v. STATE. (8 Div. 711.)

Court of Appeals of Alabama. Feb. 5, 1929.

E. D. Johnston, of Huntsville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(119 So. 927)

## George WALDON, alias, etc., v. STATE.
### (6 Div. 432.)

Court of Appeals of Alabama. Dec. 18, 1928.

W. Emmett Perry, of Birmingham, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. This appellant was charged, by indictment, with murder in the first degree for killing Jim Brown by shooting him with a pistol. After due trial, he was convicted of murder in the 2nd degree, and his punishment fixed at 10 years' imprisonment in the penitentiary. There are no errors in the record upon which this appeal is rested. Let the judgment of conviction in the lower court stand affirmed.

Affirmed.

(123 So. 927)

## Charlie WALDROP et al. v. Green POWELL.
### (7 Div. 561.)

Court of Appeals of Alabama. June 25, 1929.

A. E. Hawkins, of Ft. Payne, for appellants.
C. A. Wolfes, of Ft. Payne, for appellee.

BRICKEN, P. J. Appellee filed petition of habeas corpus before Hon. W. W. Haralson, judge of the circuit court of De Kalb county, Alabama, alleging that he is the father of Goldie Powell, a girl child three years of age, and that said child was restrained of its liberty by its grandparents, appellants here, and prayed that the custody of his minor child be awarded to him. The writ was duly issued, and upon hearing thereof the prayer of petitioner was granted, and the judge rendered a decree granting the father (appellee) the custody of his child, with certain restrictions and conditions fully enumerated in the decree.

It has been officially made known to this court that, pending this appeal, appellant, Mary Waldrop, the grandmother, has died; the appeal, therefore, is being prosecuted by the surviving appellant. We have carefully considered the evidence in this case, as shown by the record, and have reached the conclusion that the decree and judgment from which this appeal was taken should be affirmed in all things. It is so ordered.

Affirmed.